William FISHER, U. S. Supervising Inspector, etc., et al., v. Isaac TURPPA.
No. 9264.

Circuit Court of Appeals, Ninth Circuit.
Aug. 21, 1939.

Carl C. Donaugh, U. S. Atty., and M. B. Strayer, Asst. U. S. Atty., both of Portland, for appellants.

Robert E. Bronson, of Seattle, Wash., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

---

W. E. HEDGER TRANSPORTATION CO., Appellee, v. DOLOMITE MARINE CORP., Appellant.

Steamtug THE CENTRAL STATES, Inc., Appellee, Susanna E. Waldie, Appellee.

Susanna E. WALDIE, Appellee, v. DOLOMITE MARINE CO. et al., Appellant.

DOLOMITE MARINE CORP., Appellee, v. Steamtug THE CENTRAL STATES, Inc., et al., Appellants.
Nos. 394–396.

Circuit Court of Appeals, Second Circuit.
June 30, 1939.

Adrian J. O'Kane, both of New York City, of counsel), for appellants Dolomite Marine Corporation and Tug Governor.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellees, claimant of Tug Cherokee and W. E. Hedger Transportation Corp.

Purdy & Lamb, of New York City (John E. Purdy, of New York City, of counsel), for Susanna E. Waldie.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner and Cross-Respondent, v. Robert McCarthy BULLINGTON and Bessie B. Bullington, Respondents and Cross-Petitioners.
No. 4499.

Circuit Court of Appeals, Fourth Circuit.
June 7, 1939.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner and cross-respondent.

Abram P. Staples, Atty. Gen., of Virginia, for respondents and cross-petitioners.

PER CURIAM.

Case entered dismissed under Rule 23 in accordance with agreement of counsel.